USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Cornell McCloud,

                Petitioner,

      -against-

Ada Perez,

                Respondent.
-----------------------------------------------------------X

17 **CIVIL** 1827 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 27, 2020, Judge Fox's Report and Recommendation is ADOPTED and Mr. McCloud's petition for habeas corpus is DENIED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444 45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York

      May 28, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                      **BY:**
                                              **Deputy Clerk**